1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                      * * * * *

9   THOMAS and CHERYL HANNEMAN,            )
                                           )   3:06-cv-00472-LRH-VPC
10                       Plaintiffs,       )
                                           )   <u>ORDER</u>
11  vs.                                    )
                                           )
12  SCOTT and FETHER DUGAN,                )
                                           )
13                       Defendants.       )
                                           )
14  _____

15         The Court Clerk has brought to the court's attention, the Plaintiffs' Immediate Emergency

16  Motion for Stay of Eviction, and Restraining Order (Doc. #10) filed on October 6, 2006.  The

17  motion will be denied upon the following grounds:

18         The court incorporates herein and attaches hereto a copy of its Order of September 15,

19  2006 (Doc. #5).

20         For the same reasons as set forth in the court's September 15, 2006, Order, Plaintiffs have

21  not demonstrated a likelihood of success on the merits in this action.  Moreover, Plaintiffs'

22  Immediate Emergency Motion fails to satisfy numerous procedural deficiencies, not the least of

23  which is proof of service of either the Complaint or motions upon the Defendants.

24         Plaintiffs' motion is therefore denied.

25         DATED this 20th day of October, 2006.

26

27

28
                                           _____
                                           LARRY R. HICKS
                                           UNITED STATES DISTRICT JUDGE